UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LEE WELLS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No.  15-cv-00196-JST<br><br>**ORDER DIRECTING DEFENDANT TO FILE AN ANSWER AND THE ADMINISTRATIVE RECORD AND TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED; SETTING SHOW-CAUSE HEARING**<br><br>Re: ECF No. 4 |

On January 14, 2015, Plaintiff filed this action. ECF No. 1. On the same day, the Clerk of the Court issued a Procedural Order for Social Security Review Actions, the standard procedural order in cases like this one. ECF No. 4. The order required Defendant to "serve and file an answer, together with a certified copy of the transcript of the administrative record, within 90 days of receipt of service of the summons and complaint." Id.

On February 5, 2015, Plaintiff filed an "Acknowledgment of Service" form, which shows that Defendant was prior to that date. ECF No. 9. Pursuant to the ninety-day deadline set forth in the Procedural Order for Social Security Review Actions, and assuming that service was effective on or before February 5, 2015, Defendant should have filed its answer and a certified copy of the administrative record by May 6, 2015. Defendant has not done so.

Defendant is ordered to file its answer and a copy of the administrative record for this case by no later than May 20, 2015. If Defendant has not done so, she is ORDERED TO SHOW CAUSE why sanctions should not be imposed for her failure to comply with this order and the

\ \ \

\ \ \

\ \ \

1  Court's Order for Social Security Review Actions.  The Court will conduct a hearing on this Order
2  to Show Cause on May 27, 2015 at 2:00 p.m.  If the Defendant files an answer and a copy of the
3  administrative record by May 20, 2015, the May 27 hearing date will be vacated.
4      IT IS SO ORDERED.
5  Dated:  May 7, 2015

_____
JON S. TIGAR
United States District Judge