UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LEE WELLS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 15-cv-00196-JST<br><br>**ORDER GRANTING ENLARGEMENT OF TIME TO THE BRIEFING SCHEDULE**<br><br>Re: ECF No. 18 |

Before the Court is the parties' stipulated request for enlargement of time to their briefing schedule. ECF No. 18. The parties' stipulated request is granted. Defendant shall have until August 12, 2015 to file a response, and Plaintiff may reply within 14 days of service of Defendant's response.

The Court notes that Defendant filed this request on the Court's docket 11 days after the response should have been due. Requests for relief after a deadline are generally denied, however, in this instance, the Court will grant the stipulated request.

IT IS SO ORDERED.

Dated: July 29, 2015

_____
JON S. TIGAR
United States District Judge